PEOPLE *v.* DAVIS

Appeal from Oakland, Moore (Arthur E.), J. Submitted Division 2 December 5, 1968, at Lansing. (Docket No. 4,497.). Decided December 19, 1968. See opinion denying application for rehearing, 17 Mich App 615. Leave to appeal denied September 17, 1969. See 382 Mich 783.

Robert C. Davis was convicted of breaking and entering. Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *S. Jerome Bronson,* Prosecuting Attorney, and *Dennis Donohue,* Chief Appellate Counsel, for the people.

*I. Goodman Cohen,* for defendant.

PER CURIAM. Defendant was convicted by a jury of the offense of breaking and entering, MCLA § 750.110 (Stat Ann 1968 Cum Supp § 28.305), and he was sentenced. He appeals.

A review of the trial record and briefs does not disclose reversible error.

Affirmed.

T. G. KAVANAGH, P. J., and QUINN and MILLER, JJ., concurred.